IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MATTHEW P. DEC,<br><br>    Plaintiff,<br><br>    v.<br><br>GLADE RUN LUTHERAN SERVICES,<br><br>    Defendant. | 2:23-CV-01957-CCW |

## MEMORANDUM ORDER

This case has been referred to United States Magistrate Judge Christopher B. Brown for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On May 30, 2025, the Magistrate Judge issued a Report, ECF No. 23, recommending that the Amended Complaint, ECF No. 22, be dismissed pre-service for failure to state a claim. Service of the Report and Recommendation was made on Plaintiff, and no objections have been filed.

After a review of the pleadings and documents in the case, together with the Report and Recommendation, it hereby is **ORDERED** that the Amended Complaint, ECF No. 22, is **DISMISSED WITH PREJUDICE**, and the Magistrate Judge's Report and Recommendation, ECF No. 23, is adopted as the Opinion of the District Court.

    IT IS SO ORDERED.

DATED this 30th day of June, 2025.

BY THE COURT:

/s/ Christy Criswell Wiegand
CHRISTY CRISWELL WIEGAND
United States District Judge

cc (via ECF email notification):

All Counsel of Record

cc (via US mail):

Matthew P. Dec
215 Campbell Ave.
Butler, PA 16001
Pro se